Bradley M. Parsons, Esq. (BP8305)
**KROLL HEINEMAN PTASIEWICZ & PARSONS, LLC**
91 Fieldcrest Avenue, Suite 35
Edison, New Jersey 08837
Tel: (732) 491-2100
Fax: (732) 491-2120
*Attorneys for Petitioners*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LOCAL UNION NO. 456, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO, | Hon. Brian R. Martinotti |
| | Civil Action No. 23-21279 |
| and | **CIVIL ACTION** |
| LOCAL 456 IBEW EMPLOYEE BENEFIT FUNDS, | **JUDGMENT** |
| Petitioners, | |
| v. | |
| NEW ERA TECHNOLOGY, INC., | |
| Respondent. | |

**THIS MATTER** having come before the Court by Kroll Heineman Ptasiewicz & Parsons, LLC (Bradley M. Parsons, Esq., appearing) pursuant to a Petition to Confirm Arbitration Award; the Court having fully and thoroughly considered the matter as well as any pleadings, motions, and oral argument of counsel; and a decision having been duly rendered by this Court;

**IT IS** on this 9th day of November 2023,

**ORDERED AND ADJUDGED** that Petitioners shall recover from Respondent New Era Technology, Inc., the sum of $31,031.18, plus court's filing fee in the amount of $400.02.

_____
Judge, United States District Court